# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                              **NO. 4:08CR-00213 BSM**

**GEFFREY ALAN YIELDING**                                                                    **DEFENDANT**

## ORDER ON MOTION TO QUASH

Baptist Medical Center moved to quash a subpoena served on it by defendant Geffrey Alan Yielding (Doc. No. 120), and the issue was heard on October 5, 2009. At the hearing, Yielding agreed to narrow his request and now seeks only the operative and intraoperative reports for patients listed in exhibits B and C to the government's sentencing memorandum. Based on the representations of Yielding, the motion to quash is denied.

Baptist Medical Center is hereby directed to produce to Yielding the operative and intraoperative reports for patients listed on exhibits B and C to the government's sentencing memorandum on or before 5:00 PM Thursday, October 8, 2009. Baptist Medical Center estimates that the cost of producing the documents, including copying costs and employee time, to be $129. Yielding is ordered to reimburse Baptist Medical Center the cost of producing the documents.

Pursuant to the previous stipulation between Yielding and the United States regarding patient information, Yielding will not disclose the documents produced by Baptist Medical Center to anyone other than defense counsel and any consultant or expert witness used to prepare for the sentencing hearing.

Entered this the 6th day of October, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE